1 BENJAMIN B. WAGNER
United States Attorney
2 MIA A. GIACOMAZZI
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 Attorneys for Plaintiff
United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:99-CR-05031-AWI |
| Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER |
| v. | |
| MARIO ALCARAS-MENDOZA, | |
| Defendant. | |

The United States of America ("the government"), by and through Benjamin B. Wagner, United States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, hereby moves this Court for permission to dismiss without prejudice the indictment in the in Case No. 1:99-CR-05031-AWI.

Good cause exists to dismiss without prejudice the indictment in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), for the following reasons:  This action has remained pending without activity for over ten years.  Because of the long period of non-activity, this case is presumed to be no longer viable.  Additionally, the gravity of the offense does not justify continued efforts to prosecute.  For these reasons, the government moves for dismissal of the indictment against the defendant.

Dated: June 5, 2015.                          BENJAMIN B. WAGNER
                                              United States Attorney

                                               /s/ Mia A. Giacomazzi
                                              MIA A. GIACOMAZZI
                                              Assistant United States Attorney

1

## ORDER

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:99-CR-05031-AWI shall be DISMISSED without prejudice. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 5, 2015

_____
SENIOR DISTRICT JUDGE